UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR 11-067-S-BLW |
| Plaintiff, | ) |
| vs. | ) ORDER GRANTING |
| | ) GOVERNMENT'S MOTION TO |
| | ) DISMISS COUNTS ONE |
| RUBEN NUNGARAY, | ) THROUGH FOUR |
| Defendant. | ) |

The Court, after having reviewed the Government's motion to dismiss, and good cause appearing,

NOW THEREFORE IT IS HEREBY ORDERED that the motion to dismiss (docket no. 37) is GRANTED, and that Counts One through Four of the Indictment (Docket No. 1) returned in the above case on March 9, 2011, be and hereby are DISMISSED WITHOUT PREJUDICE.

DATED: **September 6, 2011**

B. LYNN WINMILL
Chief Judge
United States District Court